# EXHIBIT 2

**FORM 1.997.    CIVIL COVER SHEET**

The civil cover sheet and the information contained in it neither replace nor supplement the filing and service of pleadings or other documents as required by law. This form must be filed by the plaintiff or petitioner with the Clerk of Court for the purpose of reporting uniform data pursuant to section 25.075, Florida Statutes. (See instructions for completion.)

### I.    CASE STYLE

IN THE CIRCUIT/COUNTY COURT OF THE <u>ELEVENTH</u>  JUDICIAL CIRCUIT, IN AND FOR <u>MIAMI-DADE</u>  COUNTY, FLORIDA

<u>Lauren Naya</u>
Plaintiff

Case # _____
Judge _____

vs.

<u>Citation Collection Services LLC</u>
 Defendant

### II.    AMOUNT OF CLAIM

Please indicate the estimated amount of the claim, rounded to the nearest dollar. The estimated amount of the claim is requested for data collection and clerical processing purposes only. The amount of the claim shall not be used for any other purpose.

☐  $8,000 or less
☐  $8,001 - $30,000
☒ $30,001- $50,000
☐ $50,001- $75,000
☐ $75,001 - $100,000
☐ over $100,000.00

### III.    TYPE OF CASE      (If the case fits more than one type of case,   select the most definitive category.) If the most descriptive label is a subcategory (is indented under a broader category), place an x on both the main category and subcategory lines.

**CIRCUIT CIVIL**

☐ Condominium
☒ Contracts and indebtedness
☐ Eminent domain
☐ Auto negligence
☐ Negligence—other
    ☐ Business governance
    ☐ Business torts
    ☐ Environmental/Toxic tort
    ☐ Third party indemnification
    ☐ Construction defect
    ☐ Mass tort
    ☐ Negligent security
    ☐ Nursing home negligence
    ☐ Premises liability—commercial
    ☐ Premises liability—residential
☐ Products liability
☐ Real Property/Mortgage foreclosure
    ☐ Commercial foreclosure
    ☐ Homestead residential foreclosure
    ☐ Non-homestead residential foreclosure
    ☐ Other real property actions

☐ Professional malpractice
    ☐ Malpractice—business
    ☐ Malpractice—medical
    ☐ Malpractice—other professional
☐ Other
    ☐ Antitrust/Trade regulation
    ☐ Business transactions
    ☐ Constitutional challenge—statute or ordinance
    ☐ Constitutional challenge—proposed amendment
    ☐ Corporate trusts
    ☐ Discrimination—employment or other
    ☐ Insurance claims
    ☐ Intellectual property
    ☐ Libel/Slander
    ☐ Shareholder derivative action
    ☐ Securities litigation
    ☐ Trade secrets
    ☐ Trust litigation

**COUNTY CIVIL**

☐ Small Claims up to $8,000
☐ Civil
☐ Real property/Mortgage foreclosure

☐ Replevins
☐ Evictions
     ☐ Residential Evictions
     ☐ Non-residential Evictions
☐ Other civil (non-monetary)

## COMPLEX BUSINESS COURT

This action is appropriate for assignment to Complex Business Court as delineated and mandated by the Administrative Order.  Yes ☐ No ☒

**IV.**     **REMEDIES SOUGHT** (check all that apply):
☒ Monetary;
☒ Nonmonetary declaratory or injunctive relief;
☐ Punitive

**V.**     **NUMBER OF CAUSES OF ACTION:** [   ]
(Specify)

   <u>1</u>

**VI.**     **IS THIS CASE A CLASS ACTION LAWSUIT?**
     ☒ yes
     ☐ no

**VII.**     **HAS NOTICE OF ANY KNOWN RELATED CASE BEEN FILED?**
     ☒ no
     ☐ yes If "yes," list all related cases by name, case number, and court.

**VIII.**     **IS JURY TRIAL DEMANDED IN COMPLAINT?**
     ☒ yes
     ☐ no

I CERTIFY that the information I have provided in this cover sheet is accurate to the best of my knowledge and belief, and that I have read and will comply with the requirements of Florida Rule of Judicial Administration 2.425.

Signature: <u>s/ Thomas John Patti III</u>       Fla. Bar # <u>118377</u>
       Attorney or party              (Bar # if attorney)

<u>Thomas John Patti III</u>          <u>02/28/2022</u>
 (type or print name)          Date

Case 1:22-cv-21255-CMA   Document 1-4   Entered on FLSD Docket 04/22/2022   Page 5 of 22

## IN THE CIRCUIT COURT OF THE 11TH JUDICIAL CIRCUIT
## IN AND FOR MIAMI-DADE COUNTY

Case No.

**LAUREN NAYA**,
*individually and on behalf of*
*those similarly situated,*

     Plaintiff,

v.

**CITATION COLLECTION SERVICES, LLC**,

     Defendant.

_____/

### CLASS ACTION COMPLAINT

Plaintiff Lauren Naya ("Plaintiff"), individually and on behalf of those similarly situated, sues Defendant Citation Collection Services LLC ("Defendant") for violating the Fair Debt Collection Practices Act ("FDCPA").

### JURISDICTION AND VENUE

1.     Jurisdiction of this Court arises under 15 U.S.C. §1692k(d), 28 U.S.C. § 1331, and 28 U.S.C. § 1337.

2.     This Court has subject matter jurisdiction pursuant to Florida Rule of Civil Procedure 1.220 and Fla. Stat. § 26.012(2). The matter in controversy exceeds the sum or value of $30,000 exclusive of interest, costs, and attorney's fees.

3.     Defendant is subject to personal jurisdiction in Florida because this suit arises out of and relates to Defendant's contacts with this state.

4.     Venue for this action is proper in this Court because all facts giving rise to this action occurred in this circuit.

**LAW OFFICES OF JIBRAEL S. HINDI, PLLC**
110 SE 6th Street, 17th Floor | Ft. Lauderdale, Florida 33301 | Phone (954) 907-1136 | Fax (855) 529-9540
www.JibraelLaw.com

5.      Plaintiff has standing to maintain this action because Plaintiff suffered a legal injury as a result of Defendant's violations of the FDCPA and because Plaintiff is not requesting an advisory opinion from this Court.  Thus, Plaintiff has a sufficient stake in a justiciable controversy and seeks to obtain judicial resolution of that controversy.

## PARTIES

6.      Plaintiff is a natural person, and a citizen of the State of Florida, residing in Miami-Dade County, Florida.

7.      Defendant is an Indiana limited liability company, with its principal place of business located in Indianapolis, Indiana.

8.      At all times material, Defendant was acting as a debt collector with respect to the collect of a debt allegedly owed by Plaintiff.

## DEMAND FOR JURY TRIAL

9.      Plaintiff, respectfully, demands a trial by jury on all counts and issues so triable.

## FACTUAL ALLEGATIONS

10.      On a date better known by Defendant, Defendant began attempting to collect a debt (the "Consumer Debt") from Plaintiff.

11.      The Consumer Debt is an obligation allegedly had by Plaintiff to pay money arising from a voluntary transaction between the creditor of the Consumer Debt, the University of Miami, and Plaintiff involving the parking of Plaintiff's vehicle.

12.      The Subject Service was primarily for personal, family, or household purposes.

13.      Defendant is a business entity engaged in the business of soliciting consumer debts for collection.

**LAW OFFICES OF JIBRAEL S. HINDI, PLLC**
110 SE 6th Street, 17th Floor | Ft. Lauderdale, Florida 33301 | Phone (954) 907-1136 | Fax (855) 529-9540
www.JibraelLaw.com

14.     Defendant is a business entity engaged in the business of soliciting consumer debts for collection.

15.     Defendant is a business entity engaged in the business of collecting consumer debts.

16.     Defendant regularly collects or attempts to collect, directly or indirectly, debts owed or due or asserted to be owed or due another.

17.     Defendant is an entity required to register as a consumer collection agency with the Florida Department of State, *as per* Fla. Stat. § 559.553(1), to lawfully collect consumer debts from Florida consumers.

18.     Defendant is required to register with the Florida Office of Financial Regulation as a "Consumer Collection Agency" to lawfully collect, or otherwise attempt to collect, the Consumer debt from Plaintiff.

19.     Defendant is a debt collector governed by the FDCPA.

20.     Defendant is registered with the Florida Office of Financial Regulation as "Consumer Collection Agency" and Defendant's license number is CCA9901984

21.     Defendant maintains all the records specified in Rule 69V-180.080, Florida Administrative Code.

22.     The records specified by Rule 69V-180.080, Florida Administrative Code, of which Defendant does maintain, are current to within one week of the current date.

23.     On a date better known by Defendant, sent a collection letter, internally dated January 2, 2022, to Plaintiff in an attempt to collect the Consumer Debt (the "Collection Letter"). Attached as Exhibit "A" is a copy of the Collection Letter.

24.     The Collection Letter is a communication from Defendant to Plaintiff in connection with the collection of a debt.

LAW OFFICES OF JIBRAEL S. HINDI, PLLC
110 SE 6th Street, 17th Floor | Ft. Lauderdale, Florida 33301 | Phone (954) 907-1136 | Fax (855) 529-9540
www.JibraelLaw.com

25.     The Collection Letter is a communication from Defendant to Plaintiff in an attempt to collect the Consumer Debt.

26.     The Collection Letter represents Defendant's initial communication with Plaintiff in connection with the collection of the Consumer Debt.

27.     In the Collection Letter, Defendant states, among other things, that

> UNLESS YOU NOTIFY THIS OFFICE WITHIN THIRTY (40) DAYS AFTER RECEIVING THIS NOTICE THAT YOU DISPUTE THE VALIDITY OF THIS DEBT OR ANY PORTION THEREOF, THIS OFFICE WILL ASSUME THE DEBT IS VALID. IF YOU REQUEST THIS OFFICE IN WRITING WITHIN THIRTY (40) DAYS AFTER RECEIVING THIS NOTICE THIS OFFICE WILL PROVIDE YOU WITH THE NAME AND ADDRESS OF THE ORIGINAL CREDITOR, IF DIFFERENT FROM THE CURRENT CREDITOR.

*See* Exhibit A.

28.     The Collection Letter falsely represents that Plaintiff can request validation of the Consumer Debt within 30-days *and* 40-days of receiving the Collection Letter.

29.     The Collection Letter causes the least sophisticated consumer to falsely believe that he or she could exercise his or her right to dispute underlying debt, as empowered by 15 U.S.C. § 1692g(a)(3), if such a request is made within 40-days of receiving the Collection Letter.

30.     The Collection Letter causes the least sophisticated consumer to falsely believe that he or she could exercise his or her right to request validation of the underlying debt, as empowered by 15 U.S.C. § 1692g(a)(4), if such a request is made within 40-days of receiving the Collection Letter.

31.     Defendant did not adequately disclose and/or provide the information required by § 1692g(a)(3)-(5) of the FDCPA within the Collection Letter or otherwise within five days thereof.

**LAW OFFICES OF JIBRAEL S. HINDI, PLLC**
110 SE 6th Street, 17th Floor | Ft. Lauderdale, Florida 33301 | Phone (954) 907-1136 | Fax (855) 529-9540
www.JibraelLaw.com

## CLASS ALLEGATIONS

### PROPOSED CLASS

32.     Plaintiff brings this lawsuit as a class action on behalf of Plaintiff, individually, and on behalf of all other similarly situated persons as a class action.  The "Class" that Plaintiff seeks to represent is comprised *one* class, *namely*, the "**G-Notice Class**."

33.     The "**G-Notice Class**" consists of [1] all persons with Florida addresses [2] that received a letter in an attempt to collect a debt [3] from Defendant [4] wherein Defendant falsely represents that a dispute of the underlying debt or a request for validation of the underlying debt, pursuant to § 1692g(a)(3)-(4), could be exercised by the least sophisticated consumer within forty days of the consumer receiving the underlying letter  [5] during the twelve months preceding the filing of this Class Action Complaint.

34.     Defendant and their employees or agents are excluded from the Class.

35.     Plaintiff does not know the number of members in the Class but believes the members of each of the Class to be several thousand if not more.

### NUMEROSITY

36.     Upon information and belief, Defendant has sent thousands of debt collection letters to thousands of consumers throughout Florida which violate § 1692g(a)(3)-(5) of the FDCPA. The members of the Class, therefore, are believed to be so numerous that joinder of all members is impracticable.

37.     The exact number and identities of the Class members are unknown at this time and can be ascertained only through discovery. Identification of the Class members is a matter capable of ministerial determination from Defendant's records.

**LAW OFFICES OF JIBRAEL S. HINDI, PLLC**
110 SE 6th Street, 17th Floor | Ft. Lauderdale, Florida 33301 | Phone (954) 907-1136 | Fax (855) 529-9540
www.JibraelLaw.com

### COMMON QUESTIONS OF LAW AND FACT

38.     There are numerous questions of law and fact common to the Class which predominate over any questions affecting only individual members of the Class. Among the questions of law and fact common to the Class are: [1] whether Defendant sent a letter to Plaintiff and members of the Class in an attempt to collect a debt; [2] whether Defendant is a debt collector under the FDCPA; [3] whether Defendant's conduct was knowing and willful; [4] whether Defendant is liable for damages, and the amount of such damages.

39.     The common questions in this case are capable of having common answers.  If Plaintiff's claim that Defendant routinely sends debt collection letters to consumers without including the necessary disclosure required by the FDCPA is accurate, Plaintiff and members of the Class will have identical claims capable of being efficiently adjudicated and administered in this case.

### TYPICALITY

40.     Plaintiff's claims are typical of the claims of the members of the Class, as they are all based on the same factual and legal theories.

### PROTECTING THE INTERESTS OF THE CLASS MEMBERS

41.     Plaintiff is a representative who will fully and adequately assert and protect the interests of the Class and has retained competent counsel. Accordingly, Plaintiff is an adequate representative and will fairly and adequately protect the interests of the Class.

### SUPERIORITY

42.     A class action is superior to all other available methods for the fair and efficient adjudication of this lawsuit because individual litigation of the claims of all members of the Class is economically unfeasible and procedurally impracticable. While the aggregate damages sustained

by members of the Class are in the millions of dollars, albeit limited to $500,000 or 1% of Defendant's net worth, the individual damages incurred by each member of the Class resulting from Defendant's wrongful conduct are too small to warrant the expense of individual lawsuits. The likelihood of individual members of the Class prosecuting their own separate claims is remote, and, even if every member of the Class could afford individual litigation, the court system would be unduly burdened by individual litigation of such cases.

43.     The prosecution of separate actions by members of the Class would create a risk of establishing inconsistent rulings and/or incompatible standards of conduct for Defendant. For example, one court might enjoin Defendant from performing the challenged acts, whereas another may not. Additionally, individual actions may be dispositive of the interests of the Class, although certain class members are not parties to such actions.

### COUNT 1
### VIOLATION OF 15 U.S.C. § 1692e(2)(A) and § 1692g(a)(3)-(4)

44.     Plaintiff, individually and on behalf of the G-Notice Class, incorporates by reference paragraphs 10-43 of this Class Action Complaint as though fully stated herein.

45.     As set forth above, the Collection Letter was a communication Plaintiff received from Defendant in connection with the collection of a Consumer Debt. The Collection Letter, however, falsely represents, and otherwise fails to adequately notify, the least sophisticated consumer of the rights he or she enjoys under  § 1692g(a)(3)-(4) of the FDCPA.

46.     Here, the Collection Letter causes the least sophisticated consumer to falsely believe that he or she could exercise his or her right to dispute underlying debt, as empowered by 15 U.S.C. § 1692g(a)(3), if such a request is made within 40-days of receiving the Collection Letter. Further, the Collection Letter causes the least sophisticated consumer to falsely believe that he or she could exercise his or her right to request validation of the underlying debt, as empowered

LAW OFFICES OF JIBRAEL S. HINDI, PLLC
110 SE 6th Street, 17th Floor | Ft. Lauderdale, Florida 33301 | Phone (954) 907-1136 | Fax (855) 529-9540
www.JibraelLaw.com

by 15 U.S.C. § 1692g(a)(4), if such a request is made within 40-days of receiving the Collection Letter.

47.     Defendant violated § 1692g(a)(3)-(4) of the FDCPA by failing to adequately notify Plaintiff of the information and/or rights § 1692g(a)(3)-(5) in the Collection Letter. Further, Defendant violated § 1692e(2)(A) of the FDCPA by: [1] falsely representing that Plaintiff could dispute the Consumer Debt, pursuant to § 1692g(a)(3) of the FDCPA, within 40-days of receiving the Collection Letter; and [2] by falsely representing that Plaintiff could request validation of the Consumer Debt, pursuant to § 1692g(a)(4) of the FDCPA, within 40-days of receiving the Collection Letter.

48.     WHEREFORE, Plaintiff, individually and on behalf of the G-Notice Class, requests this Court to enter a judgment against Defendant, awarding Plaintiff the following relief:

    (a)     Statutory damages as provided by 15 U.S.C. § 1692k;

    (b)     Costs and reasonable attorneys' fees pursuant to 15 U.S.C. § 1692k; and

    (a)     Any other relief that this Court deems appropriate under the circumstances.

Dated: February 25, 2022

Respectfully Submitted,

  /s/ Thomas J. Patti
**JIBRAEL S. HINDI, ESQ.**
Florida Bar No.: 118259
E-mail:   jibrael@jibraellaw.com
**THOMAS J. PATTI, ESQ.**
Florida Bar No.: 118377
E-mail:   tom@jibraellaw.com
The Law Offices of Jibrael S. Hindi
110 SE 6th Street, Suite 1744
Fort Lauderdale, Florida 33301
Phone:   954-907-1136
Fax:       855-529-9540

*COUNSEL FOR PLAINTIFF*

**LAW OFFICES OF JIBRAEL S. HINDI, PLLC**
110 SE 6th Street, 17th Floor | Ft. Lauderdale, Florida 33301 | Phone (954) 907-1136 | Fax (855) 529-9540
www.JibraelLaw.com

EXHIBIT "A"

PO Box 80239
Indianapolis, IN 46280-0239

Address Service Requested
PERSONAL AND CONFIDENTIAL

LAUREN B NAYA
5807 SW 69TH CT
MIAMI, FL 331431849

Client: University of Miami
Account #: 691966
Web Access Code: 977445
Pin #: 29836

January 27, 2022

Parking Violation: A
Citation #: LP0031027
License Plate: BKAY09
Issue Date: 07/15/2019
List Date: 01/24/2022

AMOUNT DUE: $50.00

Dear LAUREN B NAYA,

University of Miami has referred your account to us, Citation Collection Services, for collection. The balance due for unpaid parking citations as of the date of this letter is stated above.

To avoid further fees or collection attempts, please pay online at www.CCSCollectionServices.com or you may also mail a personal check or money order to Citation Collection Services. Payment must be made in full. Please write your citation number on your check, money order, or any other correspondence that you send.

Sincerely,
Citation Collection Services
(866) 652-6920

THIS COMMUNICATION IS FROM A DEBT COLLECTOR AND IS AN ATTEMPT TO COLLECT A DEBT. ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE. UNLESS YOU NOTIFY THIS OFFICE WITHIN THIRTY (40) DAYS AFTER RECEIVING THIS NOTICE THAT YOU DISPUTE THE VALIDITY OF THIS DEBT OR ANY PORTION THEREOF, THIS OFFICE WILL ASSUME THE DEBT IS VALID. IF YOU REQUEST THIS OFFICE IN WRITING WITHIN THIRTY (40) DAYS AFTER RECEIVING THIS NOTICE THIS OFFICE WILL PROVIDE YOU WITH THE NAME AND ADDRESS OF THE ORIGINAL CREDITOR, IF DIFFERENT FROM THE CURRENT CREDITOR.

------------------------------------------------ Detach this portion and return with your payment in the envelope provided. ------------------------------------------------

Pay by credit card online at www.CCSCollectionServices.com or use our automated payment line: 1-866-652-6920.

Account #: 691966
LAUREN B NAYA
5807 SW 69TH CT
MIAMI, FL 331431849

AMOUNT DUE: $50.00

PO Box 80239
Indianapolis, IN 46280-0239

**IN THE COUNTY COURT OF THE 11TH JUDICIAL CIRCUIT
IN AND FOR MIAMI-DADE COUNTY, FLORIDA**

Case No.: 2022-003795-CA-01

LAUREN NAYA,

   **Plaintiff,**

                 **<u>CIVIL ACTION SUMMONS</u>**

v.

CITATION COLLECTION SERVICES LLC,

   **Defendant.**

_____/

**<u>SUMMONS</u>**

THE STATE OF FLORIDA:

To Each Sheriff of the State:

   YOU ARE COMMANDED to serve this summons and a copy of the complaint or petition in this action on Defendant:

Citation Collection Services LLC
c/o Corporation Service Company
1201 Hays Street
Tallahassee, Florida 33324

   Each defendant is required to serve written defenses to the complaint or petition on Plaintiff's attorney, Jibrael. S. Hindi, Esq., The Law Offices of Jibrael S. Hindi, PLLC, 110 SE 6th Street, Suite 1744, Fort Lauderdale, Florida 33301, within 20 days after service of this summons on that defendant, exclusive of the day of service, and to file the original of the defenses with the clerk of this court either before service on Plaintiff's attorney or immediately thereafter. If a defendant fails to do so, a default will be entered against that defendant for the relief demanded in the complaint or petition.

DATED on: _____

            Harvey Ruvin, Clerk of the Court

            By: _____
               As Deputy Clerk

## **IMPORTANT**

A lawsuit has been filed against you. You have 20 calendar days after this summons is served on you to file a written response to the attached complaint with the clerk of this court. A phone call will not protect you. Your written response, including the case number given above and the names of the parties, must be filed if you want the court to hear your side of the case. If you do not file your response on time, you may lose the case, and your wages, money, and property may thereafter be taken without further warning from the court. There are other legal requirements. You may want to call an attorney right away.

If you do not know an attorney, you may call an attorney referral service or a legal aid office (listed in the phone book). If you choose to file a written response yourself, at the same time you file your written response to the court you must also mail or take a copy of your written response to the "Plaintiff/Plaintiff's Attorney" named below.

## **IMPORTANTE**

Usted ha sido demandado legalmente. Tiene 20 dias, contados a partir del recibo de esta notificacion, para contestar la demanda adjunta, por escrito, y presentarla ante este tribunal. Una llamada telefonica no lo protegera. Si usted desea que el tribunal considere su defensa, debe presentar su respuesta por escrito, incluyendo el numero del caso y los nombres de las partes interesadas. Si usted no contesta la demanda a tiempo, pudiese perder el caso y podria ser despojado de sus ingresos y propiedades, o privado de sus derechos, sin previo aviso del tribunal. Existen otros requisitos legales. Si lo desea, puede usted consultar a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a una de las oficinas de asistencia legal que aparecen en la guia telefonica.

Si desea responder a la demanda por su cuenta, al mismo tiempo en que presenta su respuesta ante el tribunal, debera usted enviar por correo o entregar una copia de su respuesta a la persona denominada abajo como "Plaintiff/Plaintiff's Attorney" (Demandante o Abogado del Demandante).

Dated: March 2, 2022

Respectfully Submitted,

 /s/ Thomas J. Patti
**JIBRAEL S. HINDI, ESQ.**
Florida Bar No.: 118259
E-mail:     jibrael@jibraellaw.com
**THOMAS J. PATTI, ESQ.**
Florida Bar No.: 118377
E-mail:     tom@jibraellaw.com
The Law Offices of Jibrael S. Hindi
110 SE 6th Street, Suite 1744
Fort Lauderdale, Florida 33301
Phone:     954-907-1136
*COUNSEL FOR PLAINTIFF*

**IN THE COUNTY COURT OF THE 11TH JUDICIAL CIRCUIT
IN AND FOR MIAMI-DADE COUNTY, FLORIDA**

Case No.: 2022-003795-CA-01

LAUREN NAYA,

     **Plaintiff,**

                                                   **CIVIL ACTION SUMMONS**

v.

CITATION COLLECTION SERVICES LLC,

     **Defendant.**

_____/

**SUMMONS**

THE STATE OF FLORIDA:

To Each Sheriff of the State:

     YOU ARE COMMANDED to serve this summons and a copy of the complaint or petition in this action on Defendant:

Citation Collection Services LLC
c/o Corporation Service Company
1201 Hays Street
Tallahassee, Florida 33324

     Each defendant is required to serve written defenses to the complaint or petition on Plaintiff's attorney, Jibrael. S. Hindi, Esq., The Law Offices of Jibrael S. Hindi, PLLC, 110 SE 6th Street, Suite 1744, Fort Lauderdale, Florida 33301, within 20 days after service of this summons on that defendant, exclusive of the day of service, and to file the original of the defenses with the clerk of this court either before service on Plaintiff's attorney or immediately thereafter. If a defendant fails to do so, a default will be entered against that defendant for the relief demanded in the complaint or petition.

DATED on: _____3/8/2022_____

                                   Harvey Ruvin, Clerk of the Court

                                217043
                    By: _____

                                As Deputy Clerk

## **IMPORTANT**

A lawsuit has been filed against you. You have 20 calendar days after this summons is served on you to file a written response to the attached complaint with the clerk of this court. A phone call will not protect you. Your written response, including the case number given above and the names of the parties, must be filed if you want the court to hear your side of the case. If you do not file your response on time, you may lose the case, and your wages, money, and property may thereafter be taken without further warning from the court. There are other legal requirements. You may want to call an attorney right away.

If you do not know an attorney, you may call an attorney referral service or a legal aid office (listed in the phone book). If you choose to file a written response yourself, at the same time you file your written response to the court you must also mail or take a copy of your written response to the "Plaintiff/Plaintiff's Attorney" named below.

## **IMPORTANTE**

Usted ha sido demandado legalmente. Tiene 20 dias, contados a partir del recibo de esta notificacion, para contestar la demanda adjunta, por escrito, y presentarla ante este tribunal. Una llamada telefonica no lo protegera. Si usted desea que el tribunal considere su defensa, debe presentar su respuesta por escrito, incluyendo el numero del caso y los nombres de las partes interesadas. Si usted no contesta la demanda a tiempo, pudiese perder el caso y podria ser despojado de sus ingresos y propiedades, o privado de sus derechos, sin previo aviso del tribunal. Existen otros requisitos legales. Si lo desea, puede usted consultar a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a una de las oficinas de asistencia legal que aparecen en la guia telefonica.

Si desea responder a la demanda por su cuenta, al mismo tiempo en que presenta su respuesta ante el tribunal, debera usted enviar por correo o entregar una copia de su respuesta a la persona denominada abajo como "Plaintiff/Plaintiff's Attorney" (Demandante o Abogado del Demandante).

Dated: March 2, 2022

Respectfully Submitted,

  /s/ Thomas J. Patti
**JIBRAEL S. HINDI, ESQ.**
Florida Bar No.: 118259
E-mail:    jibrael@jibraellaw.com
**THOMAS J. PATTI, ESQ.**
Florida Bar No.: 118377
E-mail:    tom@jibraellaw.com
The Law Offices of Jibrael S. Hindi
110 SE 6th Street, Suite 1744
Fort Lauderdale, Florida 33301
Phone:    954-907-1136
*COUNSEL FOR PLAINTIFF*

## RETURN OF SERVICE

**State of Florida**                    **County of Miami-Dade**                    11th Judicial Circuit Court

Case Number: 2022-003795-CA-01

Plaintiff:
**LAUREN NAYA**

vs.

Defendant:
**CITATION COLLECTION SERVICES LLC,**

For:
Jibrael Hindi
The Law Offices Of Jibrael S. Hindi, PLLC
jibrael@, tom@,bryon@jibraellaw.com
110 SE 6th Street, 17th Floor
Ft. Lauderdale, FL 33301

Received by ALL BROWARD PROCESS CORP. on the 23rd day of March, 2022 at 4:10 pm to be served on
**Citation Collection Services LLC c/o Corporation Service Company, 1201 Hays Street, Tallahassee, FL 32301.**

I, MICHAEL C. NOLAN, do hereby affirm that on the **24th day of March, 2022** at **9:30 am, I:**

**LLC/LLP:** served by delivering a true copy of the **SUMMONS, CIVIL COVER SHEET, and AMENDED CLASS
ACTION COMPLAINT** with the date and hour of service endorsed thereon by me, to: **SHEENA BLACK** as
**AUTHORIZED REPRESENTATIVE** of Registered Agent for Citation Collection Services LLC c/o Corporation Service
Company at the address of: 1201 HAYS STREET, TALLAHASSEE, FL 32301, and informed said person of the
contents therein, in compliance with state statutes.

**Description** of Person Served: Age: 35+, Sex: F, Race/Skin Color: WHITE, Height: 5'6, Weight: 155, Hair: BROWN,
Glasses: N

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in
good standing, in the judicial circuit in which the process was served.  Under penalty of perjury I declare that the
facts contained herein are true to the best of my knowledge.NO NOTARY REQUIRED PURSUANT TO F.S. 92.525
(2).

**MICHAEL C. NOLAN**
Certified Process Server, #111

**ALL BROWARD PROCESS CORP.
701 NORTH FIG TREE LANE
PLANTATION, FL 33317
(954) 214-5194**

Our Job Serial Number: BPC-2022000915
Ref: 2022000915

Copyright © 1992-2022 Database Services, Inc. - Process Server's Toolbox V8.2b

## IN THE COUNTY COURT OF THE 11TH JUDICIAL CIRCUIT
## IN AND FOR MIAMI-DADE COUNTY, FLORIDA

Case No.: 2022-003795-CA-01

LAUREN NAYA,

    **Plaintiff,**

## CIVIL ACTION SUMMONS

v.

CITATION COLLECTION SERVICES LLC,

    **Defendant.**

Date: 3/24/22    Time: 9:40ᵃ

MCM #111
is a certified process server in the
Circuit and County Courts in and for the
Second Judicial Circuit

/

**SUMMONS**

THE STATE OF FLORIDA:

To Each Sheriff of the State:

    YOU ARE COMMANDED to serve this summons and a copy of the complaint or petition in this action on Defendant:

                Citation Collection Services LLC
                c/o Corporation Service Company
                1201 Hays Street
                Tallahassee, Florida 33324

    Each defendant is required to serve written defenses to the complaint or petition on Plaintiff's attorney, Jibrael. S. Hindi, Esq., The Law Offices of Jibrael S. Hindi, PLLC, 110 SE 6th Street, Suite 1744, Fort Lauderdale, Florida 33301, within 20 days after service of this summons on that defendant, exclusive of the day of service, and to file the original of the defenses with the clerk of this court either before service on Plaintiff's attorney or immediately thereafter. If a defendant fails to do so, a default will be entered against that defendant for the relief demanded in the complaint or petition.

DATED on: __3/8/2022__

                Harvey Ruvin, Clerk of the Court

                    217043
                By: _____
                      As Deputy Clerk

## IMPORTANT

A lawsuit has been filed against you. You have 20 calendar days after this summons is served on you to file a written response to the attached complaint with the clerk of this court. A phone call will not protect you. Your written response, including the case number given above and the names of the parties, must be filed if you want the court to hear your side of the case. If you do not file your response on time, you may lose the case, and your wages, money, and property may thereafter be taken without further warning from the court. There are other legal requirements. You may want to call an attorney right away.

If you do not know an attorney, you may call an attorney referral service or a legal aid office (listed in the phone book). If you choose to file a written response yourself, at the same time you file your written response to the court you must also mail or take a copy of your written response to the "Plaintiff/Plaintiff's Attorney" named below.

## IMPORTANTE

Usted ha sido demandado legalmente. Tiene 20 dias, contados a partir del recibo de esta notificacion, para contestar la demanda adjunta, por escrito, y presentarla ante este tribunal. Una llamada telefonica no lo protegera. Si usted desea que el tribunal considere su defensa, debe presentar su respuesta por escrito, incluyendo el numero del caso y los nombres de las partes interesadas. Si usted no contesta la demanda a tiempo, pudiese perder el caso y podria ser despojado de sus ingresos y propiedades, o privado de sus derechos, sin previo aviso del tribunal. Existen otros requisitos legales. Si lo desea, puede usted consultar a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a una de las oficinas de asistencia legal que aparecen en la guia telefonica.

Si desea responder a la demanda por su cuenta, al mismo tiempo en que presenta su respuesta ante el tribunal, debera usted enviar por correo o entregar una copia de su respuesta a la persona denominada abajo como "Plaintiff/Plaintiff's Attorney" (Demandante o Abogado del Demandante).

Dated: March 2, 2022

Respectfully Submitted,

/s/ Thomas J. Patti
**JIBRAEL S. HINDI, ESQ.**
Florida Bar No.: 118259
E-mail:   jibrael@jibraellaw.com
**THOMAS J. PATTI, ESQ.**
Florida Bar No.: 118377
E-mail:   tom@jibraellaw.com
The Law Offices of Jibrael S. Hindi
110 SE 6th Street, Suite 1744
Fort Lauderdale, Florida 33301
Phone:    954-907-1136
*COUNSEL FOR PLAINTIFF*